Form B18 (Official Form 18)(12/03)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 04–24151**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
  Tiffany D Smith
  8041 S Wood
  Chicago, IL 60620

Social Security No.:
  xxx–xx–2591

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: October 15, 2004            Kenneth S. Gardner, Clerk
                        United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7              Page 1 of 2              Date Rcvd: Oct 15, 2004
Case: 04-24151                  Form ID: b18             Total Served: 75


The following entities were served by first class mail on Oct 17, 2004.
db        +Tiffany D Smith,    8041 S Wood,    Chicago, IL 60620-4548
aty       +Richard S Bass,    Law Office of Richard S. Bass,    2021 Midwest Road,    Oak Brook, IL 60523-1342
tr        +Leroy Inskeep,    Rudnick & Wolfe,    203 N Lasalle St 1800,    Chicago, IL 60601-1264
8388382    AT & T Broadband,    Attn: Collection Dept,    655 W Wise Rd,    Schaumburg, IL 60193-3865
8388381   +Affiliated Radiologist,    Dept 4104,    Carol Stream, IL 60122-0001
8239299   +American Medical Collection,    Acct: Quest Diagnostic,    2269 S. Saw Mill River Rd #3,
            Elmsford, NY 10523-3839
8239300   +Anderson Financial,    Acct: Sprint PCS,    PO Box 3097,    Bloomington, IL 61702-3097
8239301   +Asset Acceptance Corp,    Acct: Bankruptcy Dept,    PO Box 2036,    Warren, MI 48090-2036
8239302    Carson Pirie Scott,    National bank of Great Lakes,    900 Commerce Dr #310,
            Oak Brook, IL 60523-1988
8239303    Check Brokerage,    Acct: Pizza Pro,    PO Box 4064,    Quincey, IL 62305-4064
8239304    Citibank Student Loan,    Attn Bankruptcy Dept,    PO Box 6191,    Sioux Falls , SD 57117-6191
8239305   +City of Chicago Bureau Parking,    Attn Bankruptcy Dept,    333 S. State St #540,
            Chicago, IL 60604-3992
8239306   +City of Chicago Dept Revenue,    Attn Tax Division,    333 S. State St #300,    Chicago, IL 60604-3982
8239307   +Client Services,    Acct: Firstar Bank,    3451 Harry Truman Blvd,    St. Charles, MO 63301-4047
8388383   +Commonwealth Edison,    Attn: Bankruptcy Dept,    2100 Swift Rd,    Oak Brook, IL 60523-1559
8388384   +Consultants in Clinical Path,    37416 Eagle Way,    Chicago, IL 60678-1374
8388385   +Creditors Debt Adjustment,    Acct: Village Common Books,    151 W Lincoln Hwy,
            Dekalb, IL 60115-3680
8388386    DeKalb County State Attorney,    c/o Bad Check Restiution Program,    2745 S Sixth St PMB 242,
            Springfield, IL 62703-4071
8388387    Eagle Credit Resources,    Acct: Bankruptcy Dept,    2248 E 81st Street #2450,    Tulsa, OK 74137-4326
8239308    Elan Visa_Firstar,    Attn Bankruptcy Dept,    PO Box 790408,    St. Louis, MO 63179-0408
8424299   +Evergreen Emergency Specialist,    P O Box 428080,    Evergreen Park, IL 60805-8080
8239309   +Evergreen Med Speciliast,    900 Oakmont Ln #200,    Westmont , IL 60559-5574
8388388   +Harvard Collection,    Acct: Jewel Foods,    4839 N Elston Ave,    Chicago, IL 60630-2534
8388389   +Holy Cross Hospital,    Attn: Patient Accts,    2701 W 68th St,    Chicago, IL 60629-1882
8239310    Illinois Collection Svc,    Acct: Bankruptcy Dept,    PO Box 646,    Oak Lawn, IL 60454-0646
8239311    Illinois Student Assistance Cm,    Attn: Bankruptcy Dept,    1755 Lake Cook Rd,
            Deerfield, IL 60015-5209
8239312   +KCA Financial,    Acct: Aria,    PO Box 53,    Geneva, IL 60134-0053
8388390   +Kishwaukee Medical Assoc,    954 W State St,    Sycamore, IL 60178-1399
8388391   +Law Office Ferlerger Associates,    Acct: Holy Cross Hospital,    29 S LaSalle St #300,
            Chicago, IL 60603-1502
8239313   +Law Office Heller & Frisone,    Acct: TCF Bank,    33 N. LaSalle St #300,    Chicago, IL 60602-3427
8388392   +Law Office of Eric Berman,    Acct: MBNA-Gateway,    185 Willis Ave,    Mineola, MN 11501-2637
8239315   +Law Office of Wexler & Wexler,    Acct: Wal Mart Store,    500 W. Madison St #2910,
            Chicago, IL 60661-4571
8239314   +Law Office of Wexler & Wexler,    Acct: City of Chgo,    500 W. Madison St #2910,
            Chicago, IL 60661-4571
8388393   +Lifetime Medical Associates,    75 Remittance Dr #1611,    Chicago, IL 60675-1611
8239316    Linebarger, Googan & Blair,    Acct: City of Chicago,    PO Box 06152,    Chicago, IL 60606-0152
8239317   +Little Company Mary Hospital,    Attn Patient Accts,    2800 W. 95th St,
            Everegreen Park, IL 60805-2795
8239318   +M3 Financial Services,    Acct: Vyridian Revenue Mgmt,    PO Box 802089,    Chicago, IL 60680-2089
8424300    MBNA America,    Acct: Gateway,    P O Box 15102,    Wilmington, DE 19850-5102
8239322   +MBNA America,    Attn Collection Dept,    400 Christiana Ave,    Newark , DE 19702-3208
8239319   +Malcolm Gerald & Associates,    Acct: Little Co of Mary Hosp,    332 S. Michigan Ave #514,
            Chicago, IL 60604-4318
8239320   +Marlin Integrated,    Acct: Commonwealth Edison,    110 Glen St #30,    Glen Falls, NY 12801-4422
8239321   +Marshall Fields-Dayton Hudson,    Mail Stop #3C-K Guest Credit,    3701 Wayzata,
            Minneapolis, MN 55416-3401
8388394   +Medical Collection Systems,    Acct: Evergreen Medical,    725 S Wells St #700,
            Chicago, IL 60607-4578
8239323   +Medical Recovery Specialist,    Acct: Rush Univ Med Ctr,    2220 E. Devon #288,
            Des Plaines, IL 60018-4502
8239324   +Medical Recovery Specialist,    Acct: Rush Univ Medical Ctr,    2220 E. Devon #288,
            Des Plaines, IL 60018-4502
8239325   +NCO Collections,    Acct: Commonwealth Edison,    515 Pennsylvania Ave,
            Fort Washington, PA 19034-3303
8239326    New York Store,    Attn Bankruptcy Dept,    PO Box 659562,    San Antonio, TX 78265-9562
8388395   +North Shore Agency,    Attn: Time Life,    P O Box 8901,    Westbury, NY 11590-8901
8239327    Northern Illinois University,    Attn Collections,    Division of Finance,    DeKalb, IL 60115-2854
8239328    Nuvell Financial,    Attn Bankruptcy Dept,    PO Box 2365,    Memphis , TN 38101-2365
8239329   +OSI Collections,    Acct: Moraine Valley College,    PO Box 953,    Brookfield, WI 53008-0953
8239331   +Portfolio Recovery Associates,    Acct: MBNA,    PO Box 12914,    Norfolk, VA 23541-0914
8388396    Progressive Recovery Tech,    Acct: City of Chicago Revenue,    P O Box 805030,
            Chicago,IL 60680-4111
8388397    Publisher Clearinghouse,    Attn: Collection Dept,    P O Box 26301,    Lehigh Valley, PA 18002-6301
8239332    Quest Diagnostic,    Attn Collection Dept,    PO Box 64500,    Baltimore, MD 21264-4500
8239336   +RRCA Account Mgmt,    Acct: Village Commons Bookstor,    312 Locust St,    Sterling, IL 61081-3539
8239334   +Radiology Imagimng Specialist,    6910 S. Madison St,    Willowboork, IL 60527-5504
8239333   +Radiology Imagimng Specialist,    PO Box 70,    Hinsdale, IL 60522-0070
8239335    Readers Digest,    Attn Collection Dept,    PO Box 7825,    Red Oak, IA 51591-0825
8424302    Rush-Prebryterian Hospital,    Attn: Patient Accts,    P O Box 73952,    Chicago, IL 60673-7952
8424303    Rush-Prebryterian Hospital,    Attn: Patient Accts,    75 Remittance Dr #1611,
            Chicago, IL 60675-1611
8239337   +Rush-Prebryterian Hospital,    Attn Patient Accts,    1653 W. Congress,    Chicago, IL 60612-3839
8239338    Sprint PCS,    PO Box 219554,    Kansas City, MO 64121-9554
8239339   +TCF Bank,    Attn Collection Dept,    800 Burr Ridhe Parkway,    Burr Ridge, IL 60527-6486
8239340    Time-Life Books,    Attn Collection Dept,    1450 E. Parham Road,    Richmond, VA 23280-1001
```

```
District/off: 0752-1         User: amcc7              Page 2 of 2              Date Rcvd: Oct 15, 2004
Case: 04-24151               Form ID: b18             Total Served: 75

8388400    +Transworld Systems Collection,   Acct: Moraine Valley,   25 Northwest Pt Blvd  #750,
             Elk Grove Village, IL 60007-1058
8239341     University Village Mgmt,   Attn Collection Dept,   727 Annie Glidden RD,   DeKalb, IL   60115
8239343     Wal Mart,   Attn Bankruptcy Dept,   PO Box 2844,   Tuscaloosa, AL   35403-2844
8239344    +Womens Healthcare of IL,   9730 S. Western Ave  #100,   Evergreen Park, IL 60805-2853
The following entities were served by electronic transmission on Oct 15, 2004 and receipt of the transmission
was confirmed on:
8424301     EDI: PHINPLAZA.COM Oct 15 2004 23:02:00      Plaza Associates,   Acct: World Fin-Victora Secret,
             P O Box 18008,   Hauppauge, NY 11788-8808
8239330     EDI: PHINPLAZA.COM Oct 15 2004 23:02:00      Plaza Associates,   Acct:,   PO Box 18008,
             Hauppauge, NY   11788-8808
8388398     E-mail: Danag@simmassociates.com Oct 15 2004 23:00:02      Simm Associates,   Acct: World Financial,
             P O Box 7526,   Newark, DE 19714-7526
8388399     EDI: WTRRNBANK.COM Oct 15 2004 23:02:00      Target Corp,   Attn: Check Administration,   P O Box 960,
             Minneapolis, MN 55440-0960
8239342     EDI: WTRWFNNB.COM Oct 15 2004 23:03:00      Victoria Secret WFFNB,   Attn Bankruptcy Dept,
             PO Box 659728,   San Antonio, TX   78265-9728
8239345     EDI: WTRWFNNB.COM Oct 15 2004 23:03:00      World Financial Natl Bank,   Acct: Victoria Secret,
             PO Box 182125,   Columbus, OH   43218-2125
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 17, 2004**                    **Signature:**   *Joseph Speetjens*